UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Leon J. Riel

        v.                                                       Civil No. 06-cv-159-JM

Town of Salisbury


ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

     SO ORDERED.

January 3, 2007                                            /s/James R. Muirhead
                                                                 James R. Muirhead
                                                                 United States Magistrate Judge


cc:     Robert H. Miller, Esq.
        Kenneth J. Barnes, Esq.
        Russell F. Hilliard, Esq.